# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CHRISTOPHER WALLEY, #80873**                                    **PLAINTIFF**

v.                                          **CIVIL NO. 1:19cv413-HSO-JCG**

**JACKSON COUNTY NARCOTIC TASK FORCE, et al.**       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order Dismissing Plaintiff's Complaint issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)−(ii).

SO ORDERED and ADJUDGED, this the 5th day of March, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE